NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NEWIMAR S.A.,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES, J&J MAINTENANCE, INC.,**

*Defendants-Appellees*

---

2022-1949

---

Appeal from the United States Court of Federal Claims in No. 1:21-cv-01897-EMR, Judge Eleni M. Roumel.

---

## JUDGMENT

---

LAURENCE SCHOR, Asmar, Schor & McKenna, PLLC, Washington, DC, argued for plaintiff-appellant.

TANYA KOENIG, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee United States. Also represented by BRIAN M. BOYNTON, STEVEN JOHN GILLINGHAM, PATRICIA M. MCCARTHY; SETH M. EDDY, Office of Counsel, Naval Facilities Engineering Systems Command Mid-Atlantic, Norfolk, VA.

ADAM KAMLOT LASKY, Seyfarth Shaw LLP, Seattle, WA, for defendant-appellee J&J Maintenance, Inc. Also represented by ERICA BAKIES, STEPHANIE B. MAGNELL, BRET MARFUT, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, CHEN, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 11, 2023
Date

Jarrett B. Perlow
Clerk of Court